# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-03477-SVW-PVC | Date | December 28, 2022 |
|---|---|---|---|
| Title | Lily C. Alphonsis v. The Critics Choice Association et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

On November 17, 2022, the Court issued an order dismissing all the claims against all defendants.

There being no activity since the order issued, the case is dismissed.

|  | : |
|---|---|
| Initials of Preparer | PMC |